MSNB-LR-1006-1 (6/18)

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Tori Dixon | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

☐ Check if this is an amended disclosure

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number    1:23-bk-12914
(if known)

# Disclosure of Pre-Petition Fees Paid by Debtor to Debtor's Counsel

Pursuant to Miss. Bankr. L. R. 1006-1(b)(1), I certify that I am the attorney for the above-named debtor(s), and that fees paid to me before the filing of the application to pay filing fees in installments in connection with the above-referenced bankruptcy case are as follows:

Filing fee for voluntary petition, I have received............    $1

Compensation for legal services, I have received….....…    $400

## Certification

I, the attorney for the debtor(s) declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/ John Hughes | Date: September 20, 2023 |
| Signature of Attorney for Debtor(s) | MM / DD / YYYY |

John Hughes
5627 Getweel Road
Suite C3
Suite 4
Southaven, MS 38672
(662) 298-3607                                        100711 MS

Miss. Bankr. L.R. 1006-1(b)(1) requires debtor's counsel to complete and file this form concurrently with the filing of the application to pay filing fee in installments.